UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOE MYERESS,

                Plaintiff,

                          17 CIV 9691 (KPF)

      -against-            **DEFAULT JUDGMENT**

BRISSI GROUP, LLC,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated June 21, 2018, Plaintiffs' motion for a default judgment is granted; Defendant has violated (i) 17 U.S.C. § 501, for which it shall pay $30,000 in civil penalties for copyright infringement, and (ii) 17 U.S.C. § 1202(b), for which is shall pay $10,000 in civil penalties for improper removal of copyright management information, along with attorneys' fees in the amount of $4,175.64 and costs in the amount of $562.70.

**DATED**: New York, New York
             June 25, 2018

                                             **RUBY J. KRAJICK**
                                             Clerk of Court
                                       BY: _____
                                              Deputy Clerk

                                             THIS DOCUMENT WAS ENTERED
                                             ON THE DOCKET ON 6/25/2018